STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARMELO ARISTOTELES LENZA AGUIL.     Case No. 10-07819-ESL

GLENDA L MAYSONET TORRES     Chapter 13     Attorney Name: CARLO JAVIER RODRIGUEZ PUIGDOL[

## I. Appearances

Debtor     [✓] Present    [ ] Absent
Joint Debtor     [✓] Present    [ ] Absent
Attorney for Debtor     [✓] Present    [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: September 28, 2010
Time: 3:43 PM    Track: 008
[✓] This is debtor(s) _1_ Bankruptcy filing.
Liquidation Value: _0_
Creditors

_R. Heran – BPPR_

## II. Oath Administered

[✓] Yes     [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-09_ [✓] Returned
[✓] Federal Tax Return _06-09_ [✓] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____

_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
    [✓] State - years _2009 (incomplete copy)_
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete    [ ] Missing
    [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing    [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[✓] Other: _Certificate from "PAN" to determine if they're still eligible._

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

CARMELO ARISTOTELES LENZA AGUIL.    Case No. 10-07819-ESL

GLENDA L MAYSONET TORRES    Chapter 13    Attorney Name: CARLO JAVIER RODRIGUEZ PUIGDOLI

**VI. Plan** (Cont.)
 Date: August 27, 2010    Base $ 15,600.00    [X] Filed    Evidence of Pmt shown: _____
 Payments _1_ made out of _1_ due.    [ ] Not Filed

**VII. Confirmation Hearing Date:** October, 27, 2010

**VIII. Attorney's fees as per R. 2016(b)**
 $3,000.00 - $ 300.00 = $ 2,700.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____    [ ] Amended S.O.F.A. _____
[ ] Insurance estimate _____    [ ] Amended plan
   [ ] Business Documents
[ ] Assumption/Rejection executory contract    [ ] Monthly reports for the months
_____    _____
[ ] Appraisal _____    _____

[ ] State tax returns years _____    [ ] Public Liability Insurance
[ ] Federal tax returns years _____    [ ] Premises _____
[ ] Correct SS # (Form B21)    [ ] Vehicle(s) _____
 [ ] Debtor [ ] Joint debtor    [ ] Licenses issued by:
[ ] Other: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

(1) Debtor will amend voluntary petition to include d/b/a "A & G Handbags + More".
(2) Debtor will file attachment to Schedule "J" including details of monthly business expense listed globally @ sch J at $1,004.
(3) Debtors to include tax budget in Sch. "J". They are both self-employed / Joint debtor is an accountant

Trustee/Presiding Officer    Date: September 28, 2010    (Rev.)