IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO ARISTOTELES LLENZA AGUILAR
DBA A&G HANDBAGS AND MORE                 CASE NO: 10-7819 ESL
GLANDA L MAYSONET TORRES
    DEBTOR                                CHAPTER 13

NOTICE ADDING THE DEBTOR'S BUSINESS NAME (DBA)

TO THE HONORABLE CLERK AND ALL PARTIES IN INTEREST:

The Debtor moves the Honorable Clerk as follows:

1. Debtor hereby lists the name of his business.

**DBA A&G HANDBAGS AND MORE**

**Wherefore**, Debtor requests that all pertinent documents be corrected accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on October 22, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to the following: the Chapter 13 Trustee Alejandro Oliveras; and I further certify that I have mailed by Unites States Postal Service the document to the following non CM/ECF participants appearing on the attached mailing information address list.

October 22, 2010

Carlo J. Rodríguez Rodríguez 227001
Sonia A. Rodríguez Rivera 117414
Otto E. Landrón Pérez    202706
Attorneys for Debtor
Landrón & Rodríguez Law Offices
PO Box 52044
Toa Baja PR 00950-2044
Tel 795-0390 / Fax 795-2693
Corozal: 787 802-3844 Tel & Fax
Email: cjrplaw@onelinkpr.net