IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARMELO ARISTOTELES LENZA AGUILAR

GLENDA L MAYSONET TORRES

DEBTOR(S)

CASE 10-07819-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **September 28, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 0

3. With respect to the attached payment plan:

PLAN DATE: August 27, 2010          PLAN BASE: $15,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/22/2010

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
PENDING: 1)AMEND VOLUNTARY PETITION-DBA A&G HANDBAGS; 2)AMEND J, INCLUDE DETAILS OF BUSINESS MONTHLY EXPENSES;3)CERTIFICATION FROM PAN

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$300.00/$2,700.00

Atty: CARLO JAVIER RODRIGUEZ

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062