UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: CARMELO ARISTOTELES LLENZA AGUILAR and GLENDA L MAYSONET TORRES
Case Number: 10-07819-ESL13  Chapter: 13
Date / Time / Room: 10/27/2010 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: ADA LOPEZ

## Matter:

CONFIRMATION HEARING PLAN DATED 8/27/2010 DK 9
TRUSTEE'S MOTION TO DISMISS DK 16 FILED 10/13/2010

## Appearances:

ALEJANDRO OLIVERAS RIVERA  R. Rivera
CARLO J. RODRIGUEZ PUIGDOLLERS

## Proceedings:

ORDER:

_X_ (Amended) dated _8.27.10_ [Docket no. _9_] ___CONFIRMED _X_ NOT CONFIRMED _X_ LBR 3015
— failure to appear
— failure to file accurate schedule

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

___Hearing on Confirmation/Contested Matter is continued to: _____

___Attorney's Fees:$3,000.00; Other:_____

MTD (#16)

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge